**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6998**

---

KENNETH SANDERS,

                              Plaintiff - Appellant,

     versus

DEPUTY COURTS, in his official capacity and
individual capacity; DEPUTY BUTLER, in his
official and individual capacity; DEPUTY
BOWERS, in his official and individual
capacity; A. K. LITES, Lieutenant, Grievance
Coordinator, in his official capacity; DEPUTY
BARLEY; NURSE LAHAI; DOCTOR NWOSU,

                              Defendants - Appellees.


     and

DEPUTY GREMIER, in her official and individual
capacity; ARLINGTON COUNTY DETENTION CENTER;
ARLINGTON COUNTY SHERIFF'S DEPARTMENT, NURSE
GERALD,

                                 Defendants.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-208-2)

---

Submitted: September 16, 2004    Decided: September 23, 2004

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Sanders, Appellant Pro Se.  Jack L. Gould, Fairfax, Virginia, Edward Joseph McNelis, III, John David McChesney, Ashton Marie Jennette, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Sanders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. Deputy Courts, No. CA-02-208-2 (E.D. Va. May 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED